[No. 273.  Decided December 11, 1891.]

NELSON BENNETT, *Respondent*, v. TACOMA LIGHT AND
WATER COMPANY, *Appellant*.

PLEADING—ANSWER—DEMURRER.

Where an answer to a complaint raises material issues upon the
matters alleged therein, the answer is not demurrable for want of
sufficient facts.

*Appeal from Superior Court, Pierce County.*

Action by Nelson Bennett against the Tacoma Light &
Water Company, to enjoin defendant from shutting off the
water supplied by defendant to plaintiff's premises.   De-
murrer to defendant's answer sustained, and from the
judgment thereon defendant appeals.

*Ga'usha Parsons*, for appellant.
*W. Lair Hill*, and *Thad Huston*, for respondent.

The opinion of the court was delivered by

SCOTT, J.—This case is very similar to the one just de-
cided, wherein the same company is appellant and the
Tacoma Hotel Company is respondent. (*Ante*, p. 316.) It
differs, in that the complaint here alleges that no greater
sum than $18 was due the defendant from the plaintiff for
water.   It avers a tender of this sum, and alleges that the
plaintiff had not used the quantity of water which the de-
fendant sought to charge him with.   The answer denies the
foregoing, and alleges $33 to be due it from the plaintiff for
water furnished him; contains a copy of the written applica-
tion of the plaintiff, wherein he applied for water, and agreed
to be bound by the rules and regulations of the company,
and that in default of prompt payment, or of due com-
pliance with the regulations, that the water might be

turned off and discontinued, and it sets up practically the same affirmative defense. It was demurred to, as in the other case, and the same ruling had.

For the reason that the answer raised material issues upon the matters alleged in the complaint, the demurrer should have been overruled.

Reversed and remanded.

ANDERS, C. J., and STILES and HOYT, JJ., concur.
DUNBAR, J., concurs in the result.